AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

TODD MCELROY,

    Plaintiff,

          **v.**

HYATT REGENCY SAVANNAH,

    Defendant,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 4:24-cv-113

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑   **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of this Court entered on July 3, 2024, the Report and Recommendation of

the Magistrate Judge is adopted as the opinion of this Court. Therefore, the Court dismisses

Plaintiff's complaint and closes this civil action.

Approved by: _____

July 3, 2024
_____
*Date*

John E. Triplett, Clerk of Court
_____
*Clerk*

_____
*(By) Deputy Clerk*