IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| TODD MCELROY,<br><br>    Plaintiff,<br><br>    v.<br><br>HYATT REGENCY SAVANNAH,<br><br>    Defendant. | CIVIL ACTION NO.: 4:24-cv-113<br>APPEAL NO.: 24-12223-J |

**O R D E R**

The appeal in the above-styled action having been dismissed by the United States Court of Appeals for the Eleventh Circuit for want of prosecution,

**IT IS HEREBY ORDERED** that the Mandate of the United States Court of Appeals for the Eleventh Circuit is made the order of this Court.

**SO ORDERED**, this 27th day of August, 2024.

_____
R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA